UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SIMMONS, SHAWN § Case No. 11-46669
SIMMONS, PAULA §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 02/08/2013 in Courtroom ,
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/02/2013           By: CLERK OF THE COURT


Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
SIMMONS, SHAWN                      §   Case No. 11-46669
SIMMONS, PAULA                      §
                                    §
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,322.92 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,322.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,080.73 | $ 0.00 | $ 1,080.73 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 1.92 | $ 0.00 | $ 1.92 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,082.65 |
| Remaining Balance | $ 3,240.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 102,508.78  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017A | Illinois Department of Revenue | $ 1,122.67 | $ 0.00 | $ 35.49 |
| 000019 | IL Dept of Healthcare and Family Services/MRU | $ 87,519.82 | $ 0.00 | $ 2,766.47 |
| 000026A | Internal Revenue Service | $ 13,866.29 | $ 0.00 | $ 438.31 |
| | Total to be paid to priority creditors | | | $ 3,240.27 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 116,088.68  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Leighlinbridge Homeowners Association | $ 1,711.80 | $ 0.00 | $ 0.00 |
| 000002 | Portfolio Recovery Associates, LLC | $ 494.76 | $ 0.00 | $ 0.00 |
| 000003 | Portfolio Recovery Associates, LLC | $ 2,222.00 | $ 0.00 | $ 0.00 |
| 000004 | SILVER CROSS HOSPITAL | $ 6,224.80 | $ 0.00 | $ 0.00 |
| 000005 | Rjm Acquisitions Llc | $ 69.92 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | City of Chicago Department of Revenue c/o | $ 1,722.00 | $ 0.00 | $ 0.00 |
| 000007 | Capital One Bank (USA), N.A. by American InfoSourc | $ 2,013.21 | $ 0.00 | $ 0.00 |
| 000008 | Capital One Bank (USA), N.A. by American InfoSourc | $ 2,114.85 | $ 0.00 | $ 0.00 |
| 000009 | Midland Credit Management, Inc. | $ 1,031.46 | $ 0.00 | $ 0.00 |
| 000011 | Seventh Avenue | $ 245.83 | $ 0.00 | $ 0.00 |
| 000012 | Sallie Mae PC Trust | $ 9,935.28 | $ 0.00 | $ 0.00 |
| 000013 | Sallie Mae ECFC | $ 6,375.70 | $ 0.00 | $ 0.00 |
| 000015 | Nelnet on behalf of the U.S. Dept. of ED | $ 35,308.45 | $ 0.00 | $ 0.00 |
| 000018 | Verizon Wireless | $ 1,361.95 | $ 0.00 | $ 0.00 |
| 000020 | Dell Financial Services L.L.C. | $ 3,054.66 | $ 0.00 | $ 0.00 |
| 000021 | Dell Financial Services L.L.C. | $ 3,224.64 | $ 0.00 | $ 0.00 |
| 000022 | Portfolio Recovery Associates, LLC | $ 1,586.74 | $ 0.00 | $ 0.00 |
| 000023 | Asset Acceptance LLC / Assignee /Household Finance | $ 16,098.06 | $ 0.00 | $ 0.00 |
| 000024 | Illinois Bell Telephone Company | $ 312.79 | $ 0.00 | $ 0.00 |
| 000025 | Sallie Mae | $ 17,384.59 | $ 0.00 | $ 0.00 |
| 000026B | INTERNAL REVENUE SERVICE | $ 3,173.43 | $ 0.00 | $ 0.00 |
| 000017B | ILLINOIS DEPARTMENT OF REVENUE | $ 421.76 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____0.00

Remaining Balance    $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                                   Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-46669-BWB
Shawn Simmons  Chapter 7
Paula Simmons
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nmolina                Page 1 of 4                  Date Rcvd: Jan 03, 2013
                               Form ID: pdf006              Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2013.
```
db/jdb       +Shawn Simmons,    Paula Simmons,    25359 Faraday Road,    Manhattan, IL 60442-6211
18066133     +BANK OF America, N.A.,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
18066155     +Blatt, Hasenmiller, Leibsker,    & Moore,    125 S. Wacker Dr. Suite 400,    Chicago, IL 60606-4440
18066152    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
18066148     +CRST VAN Expedited INC 06,    C/O United Resource System,    10075 W Colfax Ave,
               Lakewood, CO 80215-3907
18311535      Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC 28272-1083
18066165     +City of Chicago Bureau Parking,    Department of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
18271435     +City of Chicago Department of Revenue c/o,    Arnold Scott Harris, PC.,
               222 Merchandise Mart Plaza #1932,    Chicago, IL 60654-1420
18066135     +Codilis & Associates, PC,    2011 CH 3636,    15W030 N. Frontage Rd. #100,
               Burr Ridge, IL 60527-6921
18066149     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18066150     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18066132     +GE Money BANK F.S.B.,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4962
18066144     +IL DEPT OF Healthcare,    Attn: Bankruptcy Dept.,    509 S 6Th St,    Springfield, IL 62701-1825
18728569     +IL Dept of Healthcare and Family Services/MRU,    PO Box 19405,    Springfield, IL 62794-9405
18770211     +Illinois Bell Telephone Company,    % AT&T Services, Inc,    James Grudus, Esq.,
               One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
18662186      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
18407117      Illinois Department of Revenue,    Bankruptcy Dept,    P O Box 19035,    Springfield IL 62794-9035
18066129     +Illinois State TOLL HWY Author,    C/O NCO Financial Systems,,    600 Holiday Plaza Dr Ste,
               Matteson, IL 60443-2238
18066164     +Jonathan Simmons,    25359 Faraday Rd,    Manhattan, IL 60442-6211
18066160     +Leignlinbridge Homeowners Assn,    Attn: Bankruptcy Dept.,    2756 Caton Farm,
               Joliet, IL 60435-1309
18066131     +MBB,    Attn: Bankruptcy Dept.,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
18066128     +Metris,    C/O CACH LLC,    4340 S Monaco St Unit 2,    Denver, CO 80237-3408
18066145     +Ohio CSPC,    PO Box 182372,    Columbus, OH 43218-2372
18066130     +Oreck Direct,    C/O Alpat CO INC,    Po Box 1689,    Slidell, LA 70459-1689
18740490    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Metris,    PO Box 41067,
               Norfolk VA 23541)
18132759      SILVER CROSS HOSPITAL,    Steven P. Troy, Esq,    Troy & Associates,
               116 N. Chicago Street, Suite 202,    Joliet, IL 60432-4207
18066156     +Seventh Avenue,    Attn: Bankruptcy Dept.,    1112 7Th Ave,    Monroe, WI 53566-1364
18358708     +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
18066136     +Seventh Avenue,    C/O Merchants Credit Guide,    223 W Jackson Blvd Ste 4,
               Chicago, IL 60606-6908
18066166     +Silver Cross Hospital,    Attn: Bankruptcy Department,    1200 Maple Rd,    Joliet, IL 60432-1497
18066151     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
18066167     +Troy & Associates,    Attn: Bankruptcy Department,    116 N. Chicago St., Ste. 555,
               Joliet, IL 60432-4286
18659956     +U.S. Bank National Association, as Trustee,    Bank of America N.A.,    Bankruptcy Dept,
               400 National Way,    Simi Valley, CA 93065-6414
18066153     +Webbank/DFS,    Attn: Bankruptcy Dept.,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1726
18066168     +Will County Circuit Court,    Doc #09SC1711,    14 W. Jefferson St,    Joliet, IL 60432-4300
18066161     +Will County Circuit Court,    Doc #11LM3155,    14 W. Jefferson St,    Joliet, IL 60432-4300
18066154     +Will County Circuit Court,    Doc #11SC002096,    14 W. Jefferson St,    Joliet, IL 60432-4300
18066134     +Will County Circuit Court,    Doc #2011 CH 3636,    14 W. Jefferson St,    Joliet, IL 60432-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18753712     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 04 2013 02:18:22
               Asset Acceptance LLC / Assignee /Household Finance,    Po Box 2036,    Warren MI 48090-2036
18066137     +E-mail/Text: rjm@ebn.phinsolutions.com Jan 04 2013 02:18:15     Black Expressions BOOK CLUB,
               C/O RJM ACQ LLC,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
18066139     +E-mail/Text: electronicbkydocs@nelnet.net Jan 04 2013 04:11:09     DEPT OF EDUCATION/NELN,
               Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln, NE 68508-1904
18731865      E-mail/Text: resurgentbknotifications@resurgent.com Jan 04 2013 02:14:40
               Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
               Greenville, SC 29603-0390
18066138     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 04 2013 02:18:43     HSBC BANK Nevada  N.A.,
               C/O Midland Credit MGMT IN,    8875 Aero Dr,    San Diego, CA 92123-2251
18407116     +E-mail/Text: cio.bncmail@irs.gov Jan 04 2013 02:10:08     IRS Priority Debt,
               Attn: Bankruptcy Dept,    P O Box 7346,    Philadelphia PA 19101-7346
18593000      E-mail/Text: cio.bncmail@irs.gov Jan 04 2013 02:10:08     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, Pa 19101-7346
18066162     +E-mail/Text: ndaily@ksnlaw.com Jan 04 2013 02:47:33     Kovitz Shifrin Nesbit,
               750 Lake Cook Road,    Suite 350,    Buffalo Grove, IL 60089-2086
```

```
District/off: 0752-1           User: nmolina              Page 2 of 4                   Date Rcvd: Jan 03, 2013
                               Form ID: pdf006            Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18078276     +E-mail/Text: ndaily@ksnlaw.com Jan 04 2013 02:47:33     Leighlinbridge Homeowners Association,
              c/o Kovitz Shifrin Nesbit,    750 West Lake Cook Road - Suite 350,
              Buffalo Grove, Illinois 60089-2088
18318641     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 04 2013 02:18:43     Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
18627496     +E-mail/Text: electronicbkydocs@nelnet.net Jan 04 2013 04:11:09
              Nelnet on behalf of the U.S. Dept. of ED,    3015 South Parker Road, Suite 400,
              Aurora, CO 80014-2904
18066163     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 04 2013 03:01:50     Regional Acceptance Corp BBT,
              BK Sction/100-50-01-51,    PO Box 1847,   Wilson, NC 27894-1847
19627942      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 04 2013 03:01:50     Regional Acceptance Corporation,
              PO Box 1847,    Wilson, NC 27894-1847
18153155     +E-mail/Text: rjm@ebn.phinsolutions.com Jan 04 2013 02:18:15     Rjm Acquisitions Llc,
              575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
18066146     +E-mail/PDF: pa_dc_claims@salliemae.com Jan 04 2013 04:19:29     Sallie MAE,
              Attn: Bankruptcy Dept.,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
19445275     +E-mail/PDF: pa_dc_claims@salliemae.com Jan 04 2013 04:16:49     Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
18592845     +E-mail/PDF: pa_dc_claims@salliemae.com Jan 04 2013 04:19:29     Sallie Mae ECFC,
              c/o Sallie Mae Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
18591478     +E-mail/PDF: pa_dc_claims@salliemae.com Jan 04 2013 04:22:02     Sallie Mae PC Trsut,
              c/o Sallie Mae Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
18591481     +E-mail/PDF: pa_dc_claims@salliemae.com Jan 04 2013 04:22:03     Sallie Mae PC Trust,
              c/o Sallie Mae Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
18066169     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 04 2013 02:29:17     Verizon Wireless,
              Bankruptcy Department,    777 Big Timber Rd,   Elgin, IL 60123-1488
18722645     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 04 2013 02:29:16     Verizon Wireless,
              PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18066157*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
              Richmond, VA 23285)
18066140*    +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,   121 S 13Th St,    Lincoln, NE 68508-1904
18066141*    +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,   121 S 13Th St,    Lincoln, NE 68508-1904
18066142*    +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,   121 S 13Th St,    Lincoln, NE 68508-1904
18066143*    +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,   121 S 13Th St,    Lincoln, NE 68508-1904
18099010*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Peach Direct,    POB 41067,
              Norfolk VA 23541)
18099009*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Sams Club,    POB 41067,
              Norfolk VA 23541)
18066147*    +Sallie MAE,   Attn: Bankruptcy Dept.,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
18066158*    +Webbank/DFS,    Attn: Bankruptcy Dept.,   12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1726
18066159   ##+HFC,   Attn: Bankruptcy Dept.,   Po Box 3425,   Buffalo, NY 14240-3425
                                                                                 TOTALS: 0, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: nmolina              Page 3 of 4            Date Rcvd: Jan 03, 2013
                              Form ID: pdf006            Total Noticed: 59
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2013**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: nmolina              Page 4 of 4                  Date Rcvd: Jan 03, 2013
                              Form ID: pdf006            Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2013 at the address(es) listed below:
```
          Alyssa A Davis    on behalf of Joint Debtor Paula  Simmons ndil@geracilaw.com
          Alyssa A Davis    on behalf of Debtor Shawn  Simmons ndil@geracilaw.com
          Briana  Czajka    on behalf of Joint Debtor Paula  Simmons ndil@geracilaw.com
          Briana  Czajka    on behalf of Debtor Shawn  Simmons ndil@geracilaw.com
          Dale A Riley    on behalf of Debtor Shawn  Simmons ndil@geracilaw.com
          Dale A Riley    on behalf of Joint Debtor Paula  Simmons ndil@geracilaw.com
          Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
          Jason A. Kara    on behalf of Joint Debtor Paula  Simmons ndil@geracilaw.com
          Jason A. Kara    on behalf of Debtor Shawn  Simmons ndil@geracilaw.com
          Nathan E Curtis    on behalf of Joint Debtor Paula  Simmons ndil@geracilaw.com
          Nathan E Curtis    on behalf of Debtor Shawn  Simmons ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
          Rachael A Stokas    on behalf of Creditor    U.S. Bank National Association, as Trustee for the
           Certificateholders of CitiGroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates,
           Series 2007-AHL2 ND-Two@il.cslegal.com
                                                                                             TOTAL: 15
```