UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
SIMMONS, SHAWN                      §    Case No. 11-46669
SIMMONS, PAULA                      §
                                    §
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BANK OF America, N.A. Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 |  |  |  |  |  |
| 2 | Leignlinbridge Homeowners Assn Attn: Bankruptcy Dept. 2756 Caton Farm Joliet IL 60435 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Regional Acceptance Corp. BK Sction/100-50-01-51 PO Box 1847 Wilson NC 27894 | | | | | |
| | 750 Lake Cook Road Suite 350 Buffalo Grove IL 60089 | | | | | |
| | Codilis & Associates, PC 2011 CH 3636 15W030 N. Frontage Rd. #100 Burr Ridge IL 60527 | | | | | |
| | Kovitz Shifrin Nesbit | | | | | |
| | Will County Circuit Court Doc #11LM3155 14 W. Jefferson St Joliet IL 60432 | | | | | |
| | Will County Circuit Court Doc #2011 CH 3636 14 W. Jefferson St Joliet IL 60432 | | | | | |
| 000016 | U.S. BANK NATIONAL ASSOCIATION, AS | | | | | |
| 000010 | REGIONAL ACCEPTANCE CORP BBT | | | | | |
| 000027 | REGIONAL ACCEPTANCE CORP BBT | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 IL DEPT OF Healthcare Attn: Bankruptcy Dept. 509 S 6Th St Springfield IL 62701 | | | | | |
| | Ohio CSPC PO Box 182372 Columbus OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | IL DEPT OF HEALTHCARE AND FAMILY SE | | | | | |
| 000017A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000014A | INTERNAL REVENUE SERVICE | | | | | |
| 000026A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Black Expressions BOOK CLUB C/O RJM ACQ LLC 575 Underhill Blvd Ste 2 Syosset NY 11791 | | | | | |
| | 10 DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 12 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 13 GE Money BANK  F.S.B. C/O Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk VA 23502 | | | | | |
| | 15 HSBC BANK Nevada N.A. C/O Midland Credit MGMT IN 8875 Aero Dr San Diego CA 92123 | | | | | |
| | 16 Illinois State TOLL HWY Author C/O NCO Financial Systems, 600 Holiday Plaza Dr Ste Matteson IL 60443 | | | | | |
| | 17 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | | | | |
| | 18 Metris C/O CACH LLC 4340 S Monaco St Unit 2 Denver CO 80237 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 19 Oreck Direct C/O Alpat CO INC Po Box 1689 Slidell LA 70459 | | | | | |
| | 20 Sallie MAE Attn: Bankruptcy Dept. Po Box 9500 Wilkes-Barre PA 18773 | | | | | |
| | 21 Sallie MAE Attn: Bankruptcy Dept. Po Box 9500 Wilkes-Barre PA 18773 | | | | | |
| | 22 Seventh Avenue C/O Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago IL 60606 | | | | | |
| | 23 Seventh Avenue Attn: Bankruptcy Dept. 1112 7Th Ave Monroe WI 53566 | | | | | |
| | 25 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 27 Webbank/DFS Attn: Bankruptcy Dept. 12234 N Ih 35 Sb Bldg B Austin TX 78753 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 28 Webbank/DFS Attn: Bankruptcy Dept. 12234 N Ih 35 Sb Bldg B Austin TX 78753 | | | | | |
| | 5 CRST VAN Expedited INC 06 C/O United Resource System 10075 W Colfax Ave Lakewood CO 80215 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| | Troy & Associates Attn: Bankruptcy Department 116 N. Chicago St., Ste. 555 Joliet IL 60432-4202 | | | | | |
| | Will County Circuit Court Doc #09SC1711 14 W. Jefferson St Joliet IL 60432 | | | | | |
| | Will County Circuit Court Doc #11SC002096 14 W. Jefferson St Joliet IL 60432 | | | | | |
| 000023 | ASSET ACCEPTANCE LLC / ASSIGNEE /HO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000008 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000006 | CITY OF CHICAGO DEPARTMENT OF REVEN | | | | | |
| 000020 | DELL FINANCIAL SERVICES L.L.C. | | | | | |
| 000021 | DELL FINANCIAL SERVICES L.L.C. | | | | | |
| 000024 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 000017B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000026B | INTERNAL REVENUE SERVICE | | | | | |
| 000001 | LEIGHLINBRIDGE HOMEOWNERS ASSOCIATI | | | | | |
| 000009 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | NELNET ON BEHALF OF THE U.S. DEPT. | | | | | |
| 000002 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000022 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | RJM ACQUISITIONS LLC | | | | | |
| 000025 | SALLIE MAE | | | | | |
| 000013 | SALLIE MAE ECFC | | | | | |
| 000012 | SALLIE MAE PC TRUST | | | | | |
| 000011 | SEVENTH AVENUE | | | | | |
| 000004 | SILVER CROSS HOSPITAL | | | | | |
| 000018 | VERIZON WIRELESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-46669 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | SIMMONS, SHAWN | | | | Date Filed (f) or Converted (c): | 07/03/12 (c) |
| | SIMMONS, PAULA | | | | 341(a) Meeting Date: | 07/30/12 |
| For Period Ending: | 03/06/13 | | | | Claims Bar Date: | 11/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25359 Faraday Road Manhattan, IL 60442 - (Debtors | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Chase | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 100.00 | | 0.00 | FA |
| 5. Necessary wearing apparel. | 75.00 | 75.00 | | 0.00 | FA |
| 6. Earrings, watch, costume jewelry | 250.00 | 250.00 | | 0.00 | FA |
| 7. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | Unknown | | 0.00 | FA |
| 8. Pending workers compensation claim | 0.00 | Unknown | | 0.00 | FA |
| 9. 2002 Izuzu Trooper with 175,000 miles Regional Acc | 1,571.00 | 1,571.00 | | 0.00 | FA |
| 10. Chapter 13 Funds (u) Converted Chapter 13 funds turned over to Chapter 7 Trustee by Chapter 13 Trustee | 0.00 | 0.00 | | 4,322.92 | FA |
| TOTALS (Excluding Unknown Values) | $205,496.00 | $5,496.00 | | $4,322.92 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report filed 1-2-13 Distribution made 2-11-13

Initial Projected Date of Final Report (TFR): 10/01/12    Current Projected Date of Final Report (TFR): 01/02/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-46669 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | SIMMONS, SHAWN | | Bank Name: | Congressional Bank |
| | SIMMONS, PAULA | | Account Number / CD #: | *******8191 Checking Account |
| Taxpayer ID No: | *******7674 | | | |
| For Period Ending: | 03/06/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/12 | 10 | Office of Glenn B. Stearns<br>Chapter 13 Standing Trustee<br>P.O. Box 586<br>Lisle, IL 60532-0586 | | 1290-000 | 4,322.00 | | 4,322.00 |
| 08/27/12 | 10 | Office of Glenn B. Stearns<br>Chapter 13 Standing Trustee<br>P.O. Box 586<br>Lisle, IL 60532-0586 | | 1290-000 | 0.92 | | 4,322.92 |
| 02/11/13 | 001001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,082.65 | 3,240.27 |
| | | | Fees         1,080.73 | 2100-000 | | | |
| | | | Expenses        1.92 | 2200-000 | | | |
| 02/11/13 | 001002 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000017A, Payment 3.16121% | 5800-000 | | 35.49 | 3,204.78 |
| 02/11/13 | 001003 | IL Dept of Healthcare and Family Services/MRU<br>PO Box 19405<br>Springfield, IL 62794 | Claim 000019, Payment 3.16096% | 5100-000 | | 2,766.47 | 438.31 |
| 02/11/13 | 001004 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Claim 000026A, Payment 3.16098% | 5800-000 | | 438.31 | 0.00 |

| | | | | Page Subtotals | 4,322.92 | 4,322.92 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-46669 -BWB |
| Case Name: | SIMMONS, SHAWN |
| | SIMMONS, PAULA |
| Taxpayer ID No: | *******7674 |
| For Period Ending: | 03/06/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8191  Checking Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,322.92 | 4,322.92 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,322.92 | 4,322.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,322.92 | 4,322.92 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - *******8191 | | 4,322.92 | 4,322.92 | 0.00 |
| | | | | | 4,322.92 | 4,322.92 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*